# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ETHAN MOYE-GORDON,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 1201(a)(1) |
| **Defendant.** | : | (Kidnapping) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 11, 2018, within the District of Columbia, the State of Maryland, and elsewhere, **ETHAN MOYE-GORDON**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold Carlos Santos for money, and, in committing or in furtherance of the commission of the offense, Carlos Santos, was willfully transported and traveled in interstate commerce from the District of Columbia to the State of Maryland and back to the District of Columbia.

(**Kidnapping**, in violation of Title 18, United States Code, Sections 1201(a)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.